UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. COHN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF CLEARLAKE, et al.,<br><br>        Defendants. | Case No.  23-cv-05882-TLT<br><br>**ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE** |

Self-represented Plaintiff, George R. Cohn, commenced the action on November 14, 2023. Compl., ECF 1. Defendants City of Clearlake, the Police Department of Clearlake, County of Lake, and the U.S. Marshalls service, however, have yet to be served with summons.

A court may dismiss an action without prejudice on its own, with notice to the plaintiff, if defendant has not been served within 90 days of the complaint's filing. Fed. R. Civ. P. 4(m). The date marking 90 days since filing of the pending complaint was February 12, 2024.

On February 15, 2024, we ordered plaintiff to submit proof of service by March 31, 2024. ECF 15.  Approximately one month after the Court's ordered deadline, no proof of service has been filed.

The Court hereby **DISMISSES** the cases without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: April 30, 2024

                                                                                                                                   TRINA L. THOMPSON<br>
                                                                                                                                   United States District Judge